THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANCIS MCCARTHY and ANNE : Civil Action No.: 1:12-cv-6556 (GHW)
MCCARTHY, :
                                            Plaintiffs, :
                                                          : **CERTIFICATE OF SERVICE**
        -against- :
                                  :
AIR & LIQUID SYSTEMS CORP., et al., :
                                  :
                         Defendants. :
-------------------------------------------------------------X

      I, the undersigned, hereby certify that on the 22nd day of May, 2014, a true and correct copy of the expert report of Dr. Allan Feingold, Dr. Feingold's curriculum vitae, list of testimony and list of reliance materials were served via first class mail to all registered counsel of record.

                                        LYNCH DASKAL EMERY LLP

                                        By: _____s/_____
                                              Lawrence G. Lee
                                        264 West 40th Street
                                        New York, New York 10018
                                        (212) 302-2400
                                        (212) 302-2210 (fax)
                                        lee@lawlynch.com

                                        Attorneys for Georgia-Pacific LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCIS MCCARTHY and ANNE       : Civil Action No.: 1:12-cv-06556 (GHW)
MCCARTHY,                       :
                                :
              Plaintiffs,       :
                                : **AFFIDAVIT OF SERVICE**
       -against-                :
                                :
AIR & LIQUID SYSTEMS CORP., et al., :
                                :
              Defendants.       :
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    ASHLEY ZMIJEWKY, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age, and I am a paralegal at the offices of Lynch Daskal Emery LLP. I reside within the State of New Jersey.

    2. On the 22nd day of May 2014, I served by first class mail a copy of the within **EXPERT REPORT BY ALLAN FEINGOLD ON BEHALF OF DEFENDANT GEORGIA-PACIFIC LLC WITH CURRICULUM VITAE, LIST OF TESTIMONY AND LIST OF RELIANCE MATERIALS** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

    **SEE SERVICE RIDER.**

_____
ASHLEY ZMIJEWSKY

Sworn to before me this
22nd day of May, 2014

_____
Notary Public

GOLRIZ SHOAI-NAINI
Notary Public, State of New York
No. 02SH6303611
Qualified in New York County
Commission Expires April 13, 2017

## Francis McCarthy Service List as of 5/22/14

| | |
|---|---|
| Christopher Gladd, Esq.<br>Kardon Stolzman, Esq.<br>Napoli Bern Ripka Shkolnik LLP<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10116<br>**Counsel For:**<br>**Plaintiff** | Lisa M. Pascarella, Esq.<br>Pascarella, Divita, Lindenbaum & Tomaszewski, PLLC<br>2137 Route 35, Suite 290<br>Holmdel, NJ 07733<br>**Counsel For:**<br>**Plaintiff**<br>**Ingersoll-Rand Company** |
| Phillip O'Rourke, Esq.<br>Lewis Brisbois Bisgaard & Smith<br>77 Water Street, Suite 2100<br>New York, NY 10005<br>**Counsel For:**<br>**Kaiser Gypsum Company, Inc,** | Brian Murnane, Esq.<br>Darger Errante Yavitz & Blau LLP<br>116 East 27th Street<br>New York, NY 10016<br>**Counsel For:**<br>**Union Carbide Corporation** |
| Eric Cottle, Esq.<br>Angela Digiglio, Esq.<br>Nicole Kozin, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>**Counsel For:**<br>**Crane Co.** | Kerryann Cook, Esq.<br>McGivney & Kluger<br>80 Broad Street<br>New York, NY 10004<br>**Counsel For:**<br>**The Nast Engineering Company, Inc.** |
| Gloria Koo, Esq.<br>Leader & Berkon LLP<br>630 Third Avenue, 17th Floor<br>New York, NY 10017<br>**Counsel For:**<br>**IMO Industries Inc.**<br>**Warren Pumps, LLC** | John Howarth, Esq.<br>Wilbraham Lawler & Buba<br>140 Broadway, 46th Floor<br>New York, NY 10005<br>**Counsel For:**<br>**Air & Liquid Systems Corp.** |