THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
FRANCIS MCCARTHY and ANNE MCCARTHY, : Civil Action No.: 1:12-cv-6556 (GHW)
:
:
                Plaintiffs, :
: **CERTIFICATE OF SERVICE**
   -against- :
:
AIR & LIQUID SYSTEMS CORP., et al., :
:
                Defendants. :
---------------------------------------------------------------X

      I, the undersigned, hereby certify that on the 23rd day of May, 2014, a true and correct copy of the expert report of John Henshaw, summary of Mr. Henshaw's experience, compensation rate, list of prior testimony and additional disclosures were served via first class mail to all registered counsel of record.

      I further certify that on the 23rd day of May, 2014, a true and correct copy of the expert report of Thomas F. McCaffery, a list of references, Mr. McCaffery's curriculum vitae and list of prior testimony were served via first class mail to all registered counsel of record.

                LYNCH DASKAL EMERY LLP

                By: _____s/_____
                    Lawrence G. Lee
                264 West 40th Street
                New York, New York 10018
                (212) 302-2400
                (212) 302-2210 (fax)
                lee@lawlynch.com

                Attorneys for Georgia-Pacific LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FRANCIS MCCARTHY and ANNE : Civil Action No.: 1:12-cv-06556 (GHW)
MCCARTHY, :
 :
 :
                     Plaintiffs, :
                                                : **AFFIDAVIT OF SERVICE**
      -against- :
 :
AIR & LIQUID SYSTEMS CORP., et al., :
 :
                     Defendants. :
-------------------------------------------------------------------X
STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

      ASHLEY ZMIJEWKY, being duly sworn, deposes and says:

      1.  I am not a party to this action, am over 18 years of age, and I am a paralegal at the offices of Lynch Daskal Emery LLP. I reside within the State of New Jersey.

      2.  On the 23rd day of May 2014, I served by first class mail a copy of the within **EXPERT REPORT BY JOHN HENSHAW ON BEHALF OF DEFENDANT GEORGIA-PACIFIC LLC WITH MR. HENSHAW'S SUMMARY OF EXPERIENCE, COMPENSATION RATE, LIST OF PRIOR TESTIMONY AND ADDITIONAL DISCLOSURES** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

      **SEE SERVICE RIDER.**

                                                                             _/s/ Ashley Zmijewsky_
                                                                             ASHLEY ZMIJEWSKY

Sworn to before me this
23rd day of May, 2014

_/s/ Daniel J. Gagliardi_
Notary Public

                            DANIEL J. GAGLIARDI
                      Notary Public, State of New York
                              No. 02GA6278977
                        Qualified in New York County
                    Commission Expires April 8, 20_17_

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FRANCIS MCCARTHY and ANNE MCCARTHY,

                    Plaintiffs,

-against-

AIR & LIQUID SYSTEMS CORP., et al.,

                    Defendants.
---------------------------------------------------------------X

Civil Action No.: 1:12-cv-06556 (GHW)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

      ASHLEY ZMIJEWKY, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age, and I am a paralegal at the offices of Lynch Daskal Emery LLP. I reside within the State of New Jersey.

      2. On the 23rd day of May 2014, I served by first class mail a copy of the within **EXPERT REPORT BY THOMAS F. MCCAFFERY ON BEHALF OF DEFENDANT GEORGIA-PACIFIC LLC WITH A LIST OF REFERENCES, MR. MCCAFFERY'S CURRICULUM VITAE AND LIST OF PRIOR TESTIMONY** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

      **SEE SERVICE RIDER.**

                                                                           _____
                                                                           ASHLEY ZMIJEWSKY

Sworn to before me this
23rd day of May, 2014

_____
Notary Public

DANIEL J. GAGLIARDI
Notary Public, State of New York
No. 02GA6278977
Qualified in New York County
Commission Expires April 8, 20__

## Francis McCarthy Service List as of 5/22/14

| | |
|---|---|
| Christopher Gladd, Esq.<br>Kardon Stolzman, Esq.<br>Napoli Bern Ripka Shkolnik LLP<br>350 Fifth Avenue, Suite 7413<br>New York, NY 10116<br>**Counsel For:**<br>**Plaintiff** | Lisa M. Pascarella, Esq.<br>Pascarella, Divita, Lindenbaum & Tomaszewski, PLLC<br>2137 Route 35, Suite 290<br>Holmdel, NJ 07733<br>**Counsel For:**<br>**Plaintiff**<br>**Ingersoll-Rand Company** |
| Phillip O'Rourke, Esq.<br>Lewis Brisbois Bisgaard & Smith<br>77 Water Street, Suite 2100<br>New York, NY 10005<br>**Counsel For:**<br>**Kaiser Gypsum Company, Inc,** | Brian Murnane, Esq.<br>Darger Errante Yavitz & Blau LLP<br>116 East 27th Street<br>New York, NY 10016<br>**Counsel For:**<br>**Union Carbide Corporation** |
| Eric Cottle, Esq.<br>Angela Digiglio, Esq.<br>Nicole Kozin, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>**Counsel For:**<br>**Crane Co.** | Kerryann Cook, Esq.<br>McGivney & Kluger<br>80 Broad Street<br>New York, NY 10004<br>**Counsel For:**<br>**The Nast Engineering Company, Inc.** |
| Gloria Koo, Esq.<br>Leader & Berkon LLP<br>630 Third Avenue, 17th Floor<br>New York, NY 10017<br>**Counsel For:**<br>**IMO Industries Inc.**<br>**Warren Pumps, LLC** | John Howarth, Esq.<br>Wilbraham Lawler & Buba<br>140 Broadway, 46th Floor<br>New York, NY 10005<br>**Counsel For:**<br>**Air & Liquid Systems Corp.** |